UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALATIELU IFOPO,<br><br>    Petitioner,<br><br>    v.<br><br>DANIEL PARAMO, *Warden*,<br><br>    Respondent. | CASE NO. CV 17-5964 ODW (FFM)<br><br>ORDER TO SHOW CAUSE |

Pursuant to the Court's order staying these proceedings, petitioner was required to file a status report by February 14, 2018 apprising the Court of his efforts to exhaust his state court remedies. As of the date of this order, petitioner has failed to file that status report.

IT IS THEREFORE IS ORDERED that petitioner show cause in writing within 15 days of the date of this order why the stay should not be lifted.

DATED: May 17, 2018

                                                           <u>/S/ FREDERICK F. MUMM</u>
                                                           FREDERICK F. MUMM
                                                      United States Magistrate Judge