UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALATIELU IFOPO,<br><br>        Petitioner,<br><br>    v.<br><br>DANIEL PARAMO, *Warden*,<br><br>        Respondent. | No. CV 17-5964-ODW (FFM)<br><br>JUDGMENT |

    Pursuant to the Order Summarily Dismissing Petition Without Prejudice,

    IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: December 4, 2018

                                                  OTIS D. WRIGHT, II
                                           United States District Judge